**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Deonte HODGE, Defendant–Appellant.**

**No. 15–10821**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 30, 2015.

Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Terry Flynn, Pamela C. Marsh, Eric K. Mountin, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before WILLIAM PRYOR, JORDAN and JULIE CARNES, Circuit Judges.

PER CURIAM:

Randolph Murrell, counsel for Deonte Hodge, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hodge's conviction and sentence are **AFFIRMED.**